UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 13-3193-MB |
| v. ) | |
| ) | JUDGE BROWN |
| JERRY TIDWELL ) | |

**ORDER**

This matter comes before the Court on the United States' Motion to Seal the Criminal Complaint, Affidavit, and Arrest Warrant. It is hereby ordered that:

The Motion is granted and the Criminal Complaint, Affidavit, and Arrest Warrant are ordered sealed, pending further order of the Court.

_____
HONORABLE JOE B. BROWN
UNITED STATES MAGISTRATE JUDGE

Dated: 4-22-2013