# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| V. | |
| Jerry Tidwell<br>*Defendant* | Case Number: 13mj3193 MB |

Upon motion of the __USA__, it is ORDERED that a preliminary and detention hearing is set for __Monday, Apr. 29, 2013__ * at __1:30 pm__.
*Date*  *Time*

before __UNITED STATES MAGISTRATE JOE B. BROWN__
*Name of Judicial Officer*

__Courtroom 783, U.S. COURTHOUSE, 801 BROADWAY, NASHVILLE, TN__
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____

_____) and produced for the
*Other Custodial Official*

Date: __4-24-13__   *(signed)* Joe B. Brown
 *Judicial Officer*