UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:13-mj-03193 |
| | ) Magistrate Judge Brown |
| JERRY TIDWELL | ) |

## MOTION TO CONTINUE DETENTION AND PRELIMINARY HEARINGS

Jerry Tidwell, by and through counsel, respectfully moves this Court to continue his detention and preliminary hearings which are currently scheduled for Monday, April 29, 2013. (D.E. No. 11). Counsel would respectfully request the hearings be continued to Thursday, May 2, any time **except** 10:30 a.m. Counsel would prefer the hearing be held at approximately 11:30 or 12:00 if convenient with the Court's schedule. Counsel has a hearing at 10:30 a.m. which should not take more than 30 or 40 minutes.

Pursuant to 18 U.S.C. § 3142(f)(2)(B), "[e]xcept for *good cause*, a continuance on motion of such person may not exceed five days (not including any intermediate Saturday, Sunday, or legal holiday) . . ." (Emphasis supplied). Counsel would show that on Monday, April 29, 2013, he will be out of the office on mandatory furlough

Assistant U.S. Attorney Lynne T. Ingram has been contacted and has no objection to this continuance. Ms. Ingram also advises that she is available on the requested hearing date of Thursday, May 2, at any time.

For these reasons, it is respectfully requested that the Court continue the detention and preliminary hearings until May 2, 2013.

**ORDER**
Motion Granted reset to 1:00 PM
May 2, 2013
JOE B. BROWN
Magistrate Judge

Respectfully submitted,

s/ C. Douglas Thoresen
C. DOUGLAS THORESEN (BPR #004012)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203